NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES OLMSTEAD,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )     Case No. 2D17-4342
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____  )


Opinion filed July 6, 2018.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public Defender,
and John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.